IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Johnny M. Ruffin, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:16 CV 09536 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Transunion, LLC, et al., | ) | |
| Defendants. | ) | |

# ORDER, REPORT AND RECOMMENDATION

      Status hearing held on 7/20/2018. Plaintiff's orally moves to dismiss the case with prejudice. Defense counsel has no objection. Accordingly, it is this Court's Report and Recommendation that the case be dismissed with prejudice. Any objection must be filed by 8/7/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:03)
Date: 7/24/2018

/s/ Iain D. Johnston
U.S. Magistrate Judge