# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Johnny M. Ruffin, Jr., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 1:16 CV 09536 |
| | ) | |
| Transunion, LLC, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [67] by the magistrate judge that plaintiff's oral motion to voluntarily dismiss the case with prejudice be granted. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.

Date: 8/9/2018   ENTER:

_____
FREDERICK J. KAPALA
District Judge